

FILED
08/05/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 20-0217

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0217

IN THE MATTER OF:

T.N.B., A.M.B, and S.M.B,

Youths in Need of Care.

O R D E R

FILED

AUG 0 5 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellant father of T.N.B., A.M.B., and S.M.B. was granted an extension of time to file and serve his opening brief on or before July 28, 2020. Appellant father was advised that no further extensions of time would be granted. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file and serve the opening brief on appeal no later than August 25, 2020. No further extensions will be granted. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all counsel of record.

DATED this 5 day of August, 2020.

For the Court,

By _____
Chief Justice